**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Philip Downey v. INEOS Joliet, LLC    Case Number: 1:19-cv-04119

An appearance is hereby filed by the undersigned as attorney for:
Defendant INEOS Joliet, LLC

Attorney name (type or print):  Michael H. Cramer

Firm:    Ogletree Deakins Nash Smoak & Stewart, P.C.

Street address:     155 North Wacker Drive - Suite 4300

City/State/Zip:    Chicago, IL 60606

Bar ID Number: 6199313         Telephone Number:    (312) 558-1240
(See item 3 in instructions)

Email Address: michael.cramer@ogletree.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                   ☐ Appointed Counsel
                                                   If appointed counsel, are you a
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 22, 2019

Attorney signature:    S/ Michael H. Cramer
             (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015