**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Phillip Downey

                         Plaintiff,

v.                                                                  Case No.: 1:19−cv−04119
                                                                          Honorable John Robert Blakey

Flint Hills Resources, LLC, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

      MINUTE entry before the Honorable John Robert Blakey: After reviewing the parties' settlement agreement [68], the Court finds that the settlement constitutes a fair and reasonable compromise of Plaintiff's FLSA claim. Accordingly, the Court grants the parties' joint motion for settlement approval [67] and dismisses this matter with prejudice as to Plaintiff's individual claims and without prejudice as to any putative class members' claims. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.